IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EMANUEL MORRIS SISTRUNK,  CV. 06-6144-MA

        Petitioner,  ORDER

  v.

JEAN HILL,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#5) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _24_ day of August, 2006.

                                       _/s/  Malcolm F. Marsh_____
                                       Malcolm F. Marsh
                                       United States District Judge

1 -- ORDER